**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-02683 |
| | § | |
| MARITZA GUTIERREZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/16/2015, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/16/2015            By:  /s/ David P. Leibowitz
                                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-02683 |
| | § | |
| MARITZA GUTIERREZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $1,413.81
*and approved disbursements of*     $5.06
*leaving a balance on hand of[1]:*     $1,408.75

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,408.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $353.45 | $0.00 | $353.45 |
| David P. Leibowitz, Trustee Expenses | $4.98 | $0.00 | $4.98 |

Total to be paid for chapter 7 administrative expenses:     $358.43
Remaining balance:     $1,050.32

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $1,050.32

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,050.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,189.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $1,284.05 | $0.00 | $217.91 |
| 2 | Quantum3 Group LLC as agent for | $927.88 | $0.00 | $157.46 |
| 3 | Quantum3 Group LLC as agent for | $92.47 | $0.00 | $15.69 |
| 4 | Quantum3 Group LLC as agent for | $450.00 | $0.00 | $76.37 |
| 5 | American InfoSource LP as agent for | $240.06 | $0.00 | $40.74 |
| 6 | Springleaf Funding Trust 2013-B | $3,194.75 | $0.00 | $542.15 |

|  | Total to be paid to timely general unsecured claims: | $1,050.32 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                          Case No. 14-02683-PSH
Maritza Gutierrez                                               Chapter 7
       Debtor                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: bchavez                Page 1 of 2               Date Rcvd: Jun 17, 2015
                               Form ID: pdf006              Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2015.
db             +Maritza Gutierrez,    2739 N. Drake Avenue, 2nd Floor,    Chicago, IL 60647-1234
aty             David P. Leibowitz,    Lakelaw,    420 W. Clayton St.,    Waukegan, IL 60085-4216
21466187       +Accelerated Rahabilation Ctrs.,    24014 W. Renwick Rd. 2nd Floor,    Plainfield, IL 60544-8708
21466188        Accelerated Rehab Centers, Ltd.,    2396 Momentum Place,    Chicago, IL 60689-5323
21466189       +Amelia Gutierrez,    2739 North Drake Avenue,,    2nd Fl.,    Chicago, IL 60647-1234
21466191       +Atg Credit,    for Dr. Thana Tarsha,    1700 W/ Cortland St., Ste. 2,    Chicago, IL 60622-1166
21466192       +Athletic & Therapeautic Inst.,    PO Box 371863,    Pittsburgh, PA 15250-7863
21466193       +Balu Natarajan MDSC,    711 W. North Avenue, #208,    Chicago, IL 60610-7010
21466196      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
                (address filed with court: Choice Recovery,     for Accelerated Rahabilation Ctrs.,
                  1550 Old Henderson Rd St,    Columbus, OH 43220)
21466194       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21466195        Chicago Ortho & Sports Medicine,     PO Box 3179,    Carol Stream, IL 60132-3179
21466197       +Comenity Bank/Express,    Po Box 182789,    Columbus, OH 43218-2789
21466198       +Comenity Bank/Torrid,    Po Box 182685,    Columbus, OH 43218-2685
21466199       +Comenity Bank/Vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
21466200       +Comenitybank/Westgate,    3100 Easton Square Pl,    Columbus, OH 43219-6232
21466203        First Federal Credit Control,    for Accelerated Rahabilation Ctrs.,    PO Box 20790,
                  Columbus, OH 43220-0790
21466204       +Fullerton Surgery Center,    4849 West Fullerton,    Chicago, IL 60639-2503
21466205        Galiliee Medical Center,    4941 N. Kedzie Avenue,    Chicago, IL 60625-5009
21466207       +Ghabra & Tarsha Medical,    PO Box 967,    Tinley Park, IL 60477-0967
21466208        Hand Surgery Associates, SC,    37400 Eagle Way,    Chicago, IL 60678-1374
21466209        Joseph Sheehan, MD,    Resurrection Services,    PO Box 564437,    Chicago, IL 60656-4437
21466213        MRI Lincoln Imaging Center,    PO Box 2957,    Carol Stream, IL 60132-0001
21466210        Mark Allen Berk MD, SC,    900 N. Westmoreland Rd., Ste. 222,    Lake Forest, IL 60045-1694
21466211       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
21466214        N.R. Anesthesia & Pain Mgmt.,    4849 W. Fullerton Avenue,    Chicago, IL 60639-2503
21466215       +NRI Laboratories, Inc.,    5960 North Milwaukee,    Chicago, IL 60646-5424
21466216        Penn Credit Corporation,    for Verizon,    PO Box 988,    Harrisburg, PA 17108-0988
21466217        Physicians Immediate Care - Chicago,     PO Box 544, Dept. 5390,    Milwaukee, WI 53201-0544
21466218       +Richard J. Kaplow, 808 Rockefeller,     for Accelerated Rahabilation Ctrs.,
                  614 Superior Avenue N.W.,    Cleveland, OH 44113-1334
21988831       +Springleaf Funding Trust 2013-B,    Springleaf Financial,    Po Box 3251,
                  Evansville, IN 47731-3251
21466220       +State Collection Service,    for Village Imaging Pro.,    2509 S. Stoughton Road,
                  Madison, WI 53716-3314
21466221       +Take Care Health Systems,    16760 Collections Ctr. Drive,    MS 3009,    Chicago, IL 60693-0167
21466222        The Running Inst.,    111 N. Wabash, Ste. 1919,    Chicago, IL 60602-2002
21466226       +Verizon,    National Recovery P.O. Box 26055,    Minneapolis, MN 55426-0055
21466227       +Village Imaging Professionals LLC,    Compubill Inc.,    9410 Compubill Drive,
                  Orland Park, IL 60462-6200
21466228       +Westgate Vacation Villas, LLC,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
21466229       +Windy City Foot & Ankle Physicians,     111 N. Wabash, Ste. 1919,    Chicago, IL 60602-2002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21836155        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2015 01:15:03
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
21466201        E-mail/Text: aquist@creditorsprotection.com Jun 18 2015 01:17:43
                  Creditor’s Protection Service, Inc.,    for Physicians Immd. Care. NC,    PO Box 4115,
                  Rockford, IL 61110-0615
21466202       +E-mail/Text: asaravia@dsgcollect.com Jun 18 2015 01:16:14      Dsg Collect,
                  for The Running Institute,    1824 W Grand Ave Ste 200,    Chicago, IL 60622-6721
21466206        E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2015 01:14:28      Gecrb/Jcp,    Po Box 984100,
                  El Paso, TX 79998
21683673        E-mail/Text: bnc-quantum@quantum3group.com Jun 18 2015 01:16:09
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
21466219        E-mail/PDF: cbp@springleaf.com Jun 18 2015 01:14:52      Springleaf Financial S,
                  3027 N Pulaski Rd,    Chicago, IL 60641
21466223       +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 18 2015 01:16:39
                  Transworld Systems, Inc.,    for Athletic & Therapeautic Inst.,    1375 E. Woodfield Rd., #110,
                  Schaumberg, IL 60173-5423
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21466224       Unknown (Original Creditor:Unknown)
21466225       Unknown (Original Creditor:Unknown)
```

```
District/off: 0752-1        User: bchavez              Page 2 of 2               Date Rcvd: Jun 17, 2015
                            Form ID: pdf006            Total Noticed: 44

21466190*     +Amelia Gutierrez,   2739 North Drake Avenue,,   2nd Fl.,   Chicago, IL 60647-1234
21466212*     +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
                                                                                       TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Glenn  Betancourt    on behalf of Debtor Maritza  Gutierrez courtburg1@comcast.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```