**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-02683 |
| | § | |
| MARITZA GUTIERREZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,843.67 | Assets Exempt: | $25,195.44 |
| Total Distributions to Claimants: | $1,050.32 | Claims Discharged Without Payment: | $15,270.59 |
| Total Expenses of Administration: | $363.49 | | |

3) Total gross receipts of $1,413.81 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,413.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $363.49 | $363.49 | $363.49 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $17,200.48 | $6,189.21 | $6,189.21 | $1,050.32 |
| **Total Disbursements** | $17,200.48 | $6,552.70 | $6,552.70 | $1,413.81 |

4). This case was originally filed under chapter 7 on 01/29/2014. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2015          By:   /s/ David P. Leibowitz
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2013 Tax refund. Apprx. | 1124-000 | $813.81 |
| Savings account held by Chase Bank. Account#...1006 | 1129-000 | $600.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,413.81** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $353.45 | $353.45 | $353.45 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.98 | $4.98 | $4.98 |
| Green Bank | 2600-000 | NA | $5.06 | $5.06 | $5.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $363.49 | $363.49 | $363.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | $1,182.00 | $1,284.05 | $1,284.05 | $217.91 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $883.00 | $927.88 | $927.88 | $157.46 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $66.00 | $92.47 | $92.47 | $15.69 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | $425.00 | $450.00 | $450.00 | $76.37 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | American InfoSource LP as agent for | 7100-000 | $288.78 | $240.06 | $240.06 | $40.74 |
| 6 | Springleaf Funding Trust 2013-B | 7100-000 | $4,224.00 | $3,194.75 | $3,194.75 | $542.15 |
| | Accelerated Rehabilitation Center | 7100-000 | $655.20 | $0.00 | $0.00 | $0.00 |
| | Athletic & Therapeautic Inst. | 7100-000 | $318.75 | $0.00 | $0.00 | $0.00 |
| | Balu Natarajan MDSC | 7100-000 | $38.10 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $3,976.00 | $0.00 | $0.00 | $0.00 |
| | Chicago Ortho & Sports Medicine | 7100-000 | $69.15 | $0.00 | $0.00 | $0.00 |
| | Chicago Ortho & Sports Medicine | 7100-000 | $69.15 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Torrid | 7100-000 | $66.00 | $0.00 | $0.00 | $0.00 |
| | DSG Collect | 7100-000 | $192.38 | $0.00 | $0.00 | $0.00 |
| | Fullerton Surgery Center | 7100-000 | $1,095.29 | $0.00 | $0.00 | $0.00 |
| | Galiliee Medical Center | 7100-000 | $128.40 | $0.00 | $0.00 | $0.00 |
| | Gecrb/Jcp | 7100-000 | $32.00 | $0.00 | $0.00 | $0.00 |
| | Ghabra & Tarsha Medical | 7100-000 | $128.00 | $0.00 | $0.00 | $0.00 |
| | Hand Surgery Associates, SC | 7100-000 | $27.75 | $0.00 | $0.00 | $0.00 |
| | Joseph Sheehan, MD | 7100-000 | $17.32 | $0.00 | $0.00 | $0.00 |
| | Mark Allen Berk MD, SC | 7100-000 | $66.90 | $0.00 | $0.00 | $0.00 |
| | Mcydsnb | 7100-000 | $2,080.00 | $0.00 | $0.00 | $0.00 |
| | Mcydsnb | 7100-000 | $112.00 | $0.00 | $0.00 | $0.00 |
| | MRI Lincoln Imaging Center | 7100-000 | $112.83 | $0.00 | $0.00 | $0.00 |
| | N.R. Anesthesia & Pain Mgmt. | 7100-000 | $173.33 | $0.00 | $0.00 | $0.00 |
| | NRI Laboratories, Inc. | 7100-000 | $40.65 | $0.00 | $0.00 | $0.00 |
| | NRI Laboratories, Inc. | 7100-000 | $40.65 | $0.00 | $0.00 | $0.00 |
| | Physicians Immediate Care - Chicago | 7100-000 | $30.60 | $0.00 | $0.00 | $0.00 |
| | Take Care Health Systems | 7100-000 | $10.20 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | The Running Inst. | 7100-000 | $213.75 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| | The Running Inst. | 7100-000 | $213.75 | $0.00 | $0.00 | $0.00 |
| | Unknown (Original Creditor:Unknown) | 7100-000 | $18.00 | $0.00 | $0.00 | $0.00 |
| | Unknown (Original Creditor:Unknown) | 7100-000 | $11.00 | $0.00 | $0.00 | $0.00 |
| | Unknown (Original Creditor:Unknown) | 7100-000 | $11.00 | $0.00 | $0.00 | $0.00 |
| | Village Imaging Professionals LLC | 7100-000 | $52.00 | $0.00 | $0.00 | $0.00 |
| | Windy City Foot & Ankle Physicians | 7100-000 | $131.55 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $17,200.48 | $6,189.21 | $6,189.21 | $1,050.32 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-02683-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GUTIERREZ, MARITZA | Date Filed (f) or Converted (c): | 01/29/2014 (f) |
| For the Period Ending: | 9/8/2015 | §341(a) Meeting Date: | 02/25/2014 |
| | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Time share with Westgate Vacation Villas, LLC. 5601 Windhover Drive, Orlando, FL 32819 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account held by Chase Bank. Account #...9292 | $400.00 | $400.00 | | $0.00 | FA |
| 3 | Savings account held by Chase Bank. Account#...1006 | $1,500.00 | $600.00 | | $600.00 | FA |
| 4 | Joint checking account held by PNC Bank. Account#...3827 with Mr. Ernesto Gutierrez, debtor's uncle. Debtor has $0.00 interest in the funds. Debtor has not deposited her own money into the account. $300.00 uncle's funds. | $0.00 | $0.00 | | $0.00 | FA |
| 5 | TV Set and bedroom set | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Debtor's clothes | Unknown | $0.00 | | $0.00 | FA |
| 7 | Jewelry | $700.00 | $0.00 | | $0.00 | FA |
| 8 | Whole Life Insurance Policy # XX-xxxx-4676 State Farm UL Cash Value, Total cash value: $8,397.11 as of Dec 10, 2013, Total surrender charge: $280.59, Last anniversary cash value: $3,643.67 | $3,643.67 | $2,443.67 | | $0.00 | FA |
| 9 | 401 (k) Savings plan held by The Warranty Group. | $21,195.44 | $0.00 | | $0.00 | FA |
| 10 | 2013 Tax refund. Apprx. | $1,250.00 | $250.00 | | $813.81 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $28,889.11 | $3,693.67 | | $1,413.81 | $0.00 |

**Major Activities affecting case closing:**

| 06/30/2015 | TFR scheduled 7/16/2015 |
|---|---|
| 06/30/2015 | Notice of Trustee's Final Report and Applications for Compensation Filed by Trustee David P Leibowitz ESQ (RE: 19 Final Report Asset, 20 Application for Compensation). Hearing scheduled for 7/16/2015 at 10:30 AM at 219 South Dearborn, Courtroom 644, Chicago, Illinois 60604. TDR to be prepared once checks clears |
| 06/30/2015 | Final report filed 6/16/15. Order granting Trustee's Final Report 7/16/15. All checks have cleared and TDR to be submitted upon receiving August Bank Statement. |
| 02/17/2015 | Debtor's check returned NSF |
| 01/21/2015 | Per DA -- The debtor stopped paying the whole life insurance policy shortly after filing, it may have been cancelled. |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-02683-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GUTIERREZ, MARITZA | Date Filed (f) or Converted (c): | 01/29/2014 (f) |
| For the Period Ending: | 9/8/2015 | §341(a) Meeting Date: | 02/25/2014 |
| | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

01/21/2015    Response:

Please be advised that in response to your email:

1. My client after conversation today said, she will get me a copy of her 2013 return by tomorrow. I will forward it to you.

2. My client will write a check for the sum of the nonexempt portion of the 2013 tax refund plus the $600.00 nonexempt portion of the savings account as soon as you tally up the total or upon your demand.

3. The debtor stopped paying the whole life insurance policy shortly after filing, it may have been cancelled by now and she tells me she did not look again after surrendering the policy. She will get us a statement to see if there is any residual value for the trustee to take and will tender that to the trustee as soon as she gets it.

01/16/2015    Motion to Employ Lakelaw Hearing 1/27/15
01/07/2015    Prepared Motion to Employ for Attorney Review
06/30/2014    Liquidation of Property.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/22/2014 | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-02683-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GUTIERREZ, MARITZA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9276 | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/29/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/04/2015 | | Maritza Gutierrez | Payment for non exempt equity in tax refund and bank account | * | $1,413.81 | | $1,413.81 |
| | {10} | | | $813.81 | 1124-000 | | $1,413.81 |
| | {3} | | | $600.00 | 1129-000 | | $1,413.81 |
| 02/17/2015 | | Maritza Gutierrez | Payment for non exempt equity in tax refund and bank account | * | ($1,413.81) | | $0.00 |
| | {10} | | | $(813.81) | 1124-000 | | $0.00 |
| | {3} | | | $(600.00) | 1129-000 | | $0.00 |
| 02/25/2015 | | Maritza Gutierrez | Payment for non-exempt equity in tax refund and bank account | * | $1,413.81 | | $1,413.81 |
| | {10} | | | $813.81 | 1124-000 | | $1,413.81 |
| | {3} | | | $600.00 | 1129-000 | | $1,413.81 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.66 | $1,413.15 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.20 | $1,410.95 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.20 | $1,408.75 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.27 | $1,406.48 |
| 06/01/2015 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($2.27) | $1,408.75 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.19 | $1,406.56 |
| 07/01/2015 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($2.19) | $1,408.75 |
| 07/17/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $353.45 | $1,055.30 |
| 07/17/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.98 | $1,050.32 |
| 07/17/2015 | 3003 | Quantum3 Group LLC as agent for | Claim #: 1; Amount Claimed: 1,284.05; Amount Allowed: 1,284.05; Distribution Dividend: 16.97; | 7100-000 | | $217.91 | $832.41 |
| 07/17/2015 | 3004 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: 927.88; Amount Allowed: 927.88; Distribution Dividend: 16.97; | 7100-000 | | $157.46 | $674.95 |
| 07/17/2015 | 3005 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: 92.47; Amount Allowed: 92.47; Distribution Dividend: 16.97; | 7100-000 | | $15.69 | $659.26 |
| 07/17/2015 | 3006 | Quantum3 Group LLC as agent for | Claim #: 4; Amount Claimed: 450.00; Amount Allowed: 450.00; Distribution Dividend: 16.97; | 7100-000 | | $76.37 | $582.89 |
| 07/17/2015 | 3007 | American InfoSource LP as agent for | Claim #: 5; Amount Claimed: 240.06; Amount Allowed: 240.06; Distribution Dividend: 16.97; | 7100-000 | | $40.74 | $542.15 |
| 07/17/2015 | 3008 | Springleaf Funding Trust 2013-B | Claim #: 6; Amount Claimed: 3,194.75; Amount Allowed: 3,194.75; Distribution Dividend: 16.97; | 7100-000 | | $542.15 | $0.00 |
| | | | **SUBTOTALS** | | $1,413.81 | $1,413.81 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| Case No. | 14-02683-PSH | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | GUTIERREZ, MARITZA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9276 | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/29/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,413.81 | $1,413.81 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,413.81 | $1,413.81 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,413.81 | $1,413.81 | |

**For the period of 1/29/2014 to 9/8/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,413.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,413.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,413.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,413.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/04/2015 to 9/8/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,413.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,413.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,413.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,413.81 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-02683-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GUTIERREZ, MARITZA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9276 | | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/29/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/8/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,413.81 | $1,413.81 | $0.00 |

| For the period of 1/29/2014 to 9/8/2015 | | For the entire history of the case between 01/29/2014 to 9/8/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,413.81 | Total Compensable Receipts: | $1,413.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,413.81 | Total Comp/Non Comp Receipts: | $1,413.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,413.81 | Total Compensable Disbursements: | $1,413.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,413.81 | Total Comp/Non Comp Disbursements: | $1,413.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ